

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**11-20026-CR-MOORE/SIMONTON**

CASE NO._____

18 U.S.C. § 2339B(a)(1)
21 U.S.C. § 963
21 U.S.C. § 853
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

FRANKLIN WILLIAM McFIELD-BENT,
   a/k/a/ "Buda,"
JEISON ARCHIBOLD,
MIGUEL VILLELA,
   a/k/a/ "Don Miguel,"
JUAN CARLOS CUAO CAMACHO,
FAUSTO AGUERO ALVERADO, and
EDWIN RODRIGUEZ LEON,

       Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From at least as early as on or about June 6, 2009, the exact date being unknown to the Grand Jury, and continuing through on or about October 8, 2010, in an offense occurring in and affecting interstate and foreign commerce, begun and committed outside of the jurisdiction of any particular State or district of the United States, with Miami-Dade County, in the Southern District of Florida, being the district in which the defendants will be arrested and first brought, the defendants,

FRANKLIN WILLIAM McFIELD-BENT,
a/k/a/ "Buda,"
JEISON ARCHIBOLD,
MIGUEL VILLELA,

a/k/a/ "Don Miguel,"
JUAN CARLOS CUAO CAMACHO, and
FAUSTO AGUERO ALVERADO,

did knowingly combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, grenade launchers, grenades, automatic rifles and other weapons, to a foreign terrorist organization, the Autodefensas Unidas de Colombia ("AUC"), designated as a foreign terrorist organization on or about September 10, 2001, and remaining so designated through and including the date of this Indictment, knowing that the organization had engaged in and was engaging in terrorist activity; all in violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT 2

On or about March 1, 2010, in an offense occurring in and affecting interstate and foreign commerce, begun and committed outside of the jurisdiction of any particular State or district of the United States, with Miami-Dade County, in the Southern District of Florida, being the district in which the defendants will be arrested and first brought, the defendants,

FRANKLIN WILLIAM McFIELD-BENT,
a/k/a/ "Buda," and
JUAN CARLOS CUAO CAMACHO,

did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, a grenade launcher and a grenade, to a foreign terrorist organization, the Autodefensas Unidas de Colombia ("AUC"), designated as a foreign terrorist organization on or about September 10, 2001, and remaining so designated through and including the date of this Indictment, knowing that the organization had engaged in and was

engaging in terrorist activity; in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

## COUNT 3

On or about March 2, 2010, in an offense occurring in and affecting interstate and foreign commerce, begun and committed outside of the jurisdiction of any particular State or district of the United States, with Miami-Dade County, in the Southern District of Florida, being the district in which the defendants will be arrested and first brought, the defendants,

**FRANKLIN WILLIAM McFIELD-BENT,
a/k/a/ "Buda," and
JUAN CARLOS CUAO CAMACHO,**

did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, grenade launchers and grenades, to a foreign terrorist organization, the Autodefensas Unidas de Colombia ("AUC"), designated as a foreign terrorist organization on or about September 10, 2001, and remaining so designated through and including the date of this Indictment, knowing that the organization had engaged in and was engaging in terrorist activity; in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

## COUNT 4

On or about March 19, 2010, in an offense occurring in and affecting interstate and foreign commerce, begun and committed outside of the jurisdiction of any particular State or district of the United States, with Miami-Dade County, in the Southern District of Florida, being the district in which the defendants will be arrested and first brought, the defendants,

**FRANKLIN WILLIAM McFIELD-BENT,
a/k/a/ "Buda," and**

## JUAN CARLOS CUAO CAMACHO,

did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, grenades, 9-millimeter ammunition, and an Uzi automatic rifle, to a foreign terrorist organization, the Autodefensas Unidas de Colombia ("AUC"), designated as a foreign terrorist organization on or about September 10, 2001, and remaining so designated through and including the date of this Indictment, knowing that the organization had engaged in and was engaging in terrorist activity; in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

## COUNT 5

From at least as early as on or about February 16, 2009, the exact date being unknown to the Grand Jury, and continuing through on or about October 8, 2010, in the countries of Colombia, Honduras, Nicaragua and elsewhere, the defendants,

**FRANKLIN WILLIAM McFIELD-BENT,**
a/k/a/ "Buda,"
**JEISON ARCHIBOLD,**
**FAUSTO AGUERO ALVERADO, and**
**EDWIN RODRIGUEZ LEON,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 6

From on or about May 8, 2009 to May 9, 2009, in international waters off the coast of the country of Nicaragua, and elsewhere, the defendant,

**FRANKLIN WILLIAM McFIELD-BENT,**
a/k/a/ "Buda,"

did knowingly and intentionally attempt to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 7

On or about March 17, 2010, in the country of Colombia and elsewhere, the defendants,

**FRANKLIN WILLIAM McFIELD-BENT,**
a/k/a/ "Buda,"
**JEISON ARCHIBOLD, and**
**EDWIN RODRIGUEZ LEON,**

did knowingly and intentionally attempt to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 7 of this Indictment are re-alleged and hereby incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **FRANKLIN WILLIAM McFIELD-BENT, a/k/a/ "Buda," JEISON ARCHIBOLD, MIGUEL VILLELA, a/k/a/ "Don Miguel," JUAN CARLOS CUAO CAMACHO, FAUSTO AGUERO ALVERADO, and EDWIN RODRIGUEZ LEON** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2339B(a)(1), as alleged in this Indictment, the defendants shall forfeit all of their respective right, title and interest to the United States in any property, real or personal, which constitutes or is derived from proceeds traceable to such violation pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendants shall forfeit all of their respective right, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by

Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

A TRUE BILL

_____, Chief, Crim.Div.
WIFREDO A. FERRER
UNITED STATES ATTORNEY

FOREPERSON

_____
ADAM FELS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

FRANKLIN WILLIAM McFIELD-BENT, et al.,

Defendants.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

__X__ Miami    ____ Key West
____ FTL       ____ WPB    ____ FTP

New Defendant(s)           Yes ____  No ____
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)    __Yes__
   List language and/or dialect  __Spanish__

4. This case will take __15__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                      (Check only one)

   I    0 to 5 days      ____           Petty     ____
   II   6 to 10 days     ____           Minor     ____
   III  11 to 20 days    __X__          Misdem.   ____
   IV   21 to 60 days    ____           Felony    __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  __No__
   If yes:
   Magistrate Case No.           _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of  _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes  __X__ No

_____
Adam S. Fels
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501040

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __FRANKLIN WILLIAM McFIELD-BENT a/k/a "Buda"__

Case No:_____

Count #: 1

Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

* **Max.Penalty**: 15 Years' Imprisonment

Counts #: 2-4

Attempt to Provide Material Support to a Designated Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

* **Max.Penalty**: 15 Years' Imprisonment

Count #: 5

Conspiracy to Distribute Cocaine with Knowledge That It Will be Imported Into the United States

Title 21, United States Code, Section 963

* **Max.Penalty**: Life Imprisonment

Counts #: 6 and 7

Attempt to Distribute Cocaine with Knowledge That It Will be Imported Into the United States

Title 21, United States Code, Section 963

* **Max.Penalty**: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JEISON ARCHIBOLD__

Case No:_____

Count #: 1

Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

\* **Max.Penalty**: 15 Years' Imprisonment

Count #: 5

Conspiracy to Distribute Cocaine with Knowledge That It Will be Imported Into the United States

Title 21, United States Code, Section 963

\* **Max.Penalty**: Life Imprisonment

Count #: 7

Attempt to Distribute Cocaine with Knowledge That It Will be Imported Into the United States

Title 21, United States Code, Section 963

\* **Max.Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   MIGUEL VILLELA a/k/a/ "Don Miguel"

**Case No:**

Count #: 1

  Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization

  Title 18, United States Code, Section 2339B(a)(1)

\* **Max.Penalty**: 15 Years' Imprisonment

  \*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **JUAN CARLOS CUAO CAMACHO**

Case No:

Count #: 1

Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

* **Max.Penalty**: 15 Years' Imprisonment

Count #: 2-4

Attempt to Provide Material Support to a Designated Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

* **Max.Penalty**: 15 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __FAUSTO AGUERO ALVERADO__

Case No:_____

Count #: 1

__Conspiracy to Provide Material Support to Designated Foreign Terrorist Organization__

__Title 18, United States Code, Section 2339B(a)(1)__

\* **Max.Penalty**: 15 Years' Imprisonment

Count #: 5

__Conspiracy to Distribute Cocaine with Knowledge That It Will be Imported Into the United States__

__Title 21, United States Code, Section 963__

\* **Max.Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   EDWIN RODRIGUEZ LEON

Case No:

Count #: 5

Conspiracy to Distribute Cocaine with Knowledge That It Will be Imported Into the United States

Title 21, United States Code, Section 963

* **Max.Penalty**: Life Imprisonment

Count #: 7

Attempt to Distribute Cocaine with Knowledge That It Will be Imported Into the United States

Title 21, United States Code, Section 963

* **Max.Penalty**: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.