AFPD

 

# United States District Court
## Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | CASE NUMBER: CR: 11-20026-CR-MOORE |
| VS.<br>Jeison, Archibold<br>Defendant | REPORT COMMENCING CRIMINAL ACTION<br>98364-004<br>USMS NUMBER |

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT          (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.  INFORMATION THAT IS NOT APPLICABLE, MARK N/A

(1) DATE AND TIME OF ARREST: 8-10-12    A.M. ___  P.M. ✓

(2) LANGUAGE SPOKEN: Spanish

(3) OFFENSE CHARGED: Terrorism & Drug trafficking

(4) DATE OF BIRTH: 11-14-81

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
  { } INDICTMENT          { } COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  { } PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  ORIGINAL DISTRICT: _____

(6) REMARKS:

(7) DATE: _____    (8) ARRESTING OFFICER: _____

(9) AGENCY: _____    (10) PHONE: _____

(11) COMMENTS: _____