# MINUTE ORDER

Page 12

## Magistrate Judge Patrick A. White

**Atkins Building Courthouse - 3rd Floor**   Date: 08/13/12   Time: 01:30 PM

Defendant: Jeison Archibold   J#: 98364-004   Case #: 11-20026-CR-MOORE
AUSA: Brian Dobbins   Attorney:
Violation: Conspiracy to Provide Material Support to FTO
Proceeding: Initial Appearance   CJA Appt: Gennaro Cariglio
Bond/PTD Held: Yes  No   Recommended Bond:
Bond Set at:   Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: SPANISH

Disposition:
AFPD ON CASE
- Deft sworn
- CJA appt
- Temp PTD Risk of Flight & Danger to the Community

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing: 8/16/12   10:00   Duty   Miami
Prelim/Arraign or Removal: 8/16/12   10:00   Duty   Miami
Status Conference RE:
D.A.R. 13:41:39 / 14:18:15   Time in Court: 10 minutes

s/Patrick A. White   Magistrate Judge