# COURT MINUTES Page 7

## Magistrate Judge PATRICK A. WHITE

Atkins Building Courthouse - 3rd Floor     Date: 8/16/12    Time: 10:00 AM

Defendant: Jeison Archibold    J#: 98364-004   Case #: 11-20026-CR-MOORE/TORRES
AUSA: Adam Fels     Attorney: Gennaro Carriglio, CJA ✓
Violation: CONSPIRACY TO PROVIDE SUPPORT TO TERRORISTS; CONSPIRACY TO DISTRIBUTE COCAINE
Proceeding: ARRAIGNMENT, PTD     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

(Hrg held)

- Agent Robert Jimenez sworn & testified

PTD: Danger to the Community

- Gov't's request to continue the arraignment GRANTED

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal: 8/23/12   10:00   Duty   Miami
Status Conference RE:
D.A.R. 10:35:09     Time in Court: 21 minutes