AO 442 (Rev. 01/09) Arrest Warrant

ICE 2024505

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by ___ D.C.
AUG 21 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| United States of America | ) |
|---|---|
| v. | ) Case No. 11-20026-CR-MOORE |
| FRANKLIN WILLIAM McFIELD-BENT, et al., | ) |
| Defendants. | ) |

## ARREST WARRANT

MAGISTRATE JUDGE
SIMONTON

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JEISON ARCHIBOLD,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to provide material support to a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B(a)(1) and conspiracy to distribute cocaine with knowledge that the cocaine will be imported into the United States and attempt to distribute cocaine with knowledge that the cocaine will be imported into the United States, in violation of Title 21, United States Code, Section 963.

Date: 1-7-11

*Issuing officer's signature*

City and state: MIAMI, FL

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01-10-11, and the person was arrested on *(date)* 08-10-12
at *(city and state)* Subject was brought in on an extradition from Colombia by USMS.

Date: 08-16-12

BY: JOE GODSK, SDUSM, SD/FL
*Arresting officer's signature*

NEIL DESOUSA, Acting U.S. Marshal, SD/FL
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: **JEISON ARCHIBOLD**

No Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:  Adam S. Fels

Last Known Address: _____

What Facility: _____

Agent(s):  Eric Larochelle, ICE
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)  (**OTHER**)