# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 8/23/12    Time: 10:00 AM

Defendant: Jeison Archibold    J#: 98364-004    Case #: 11-20026-Cr-Moore/Torres

AUSA: Adam Fels     Attorney: Gennaro Carriglio-CJA

Violation: Consp/Provide Material Support/Terrorist Org; Consp/Attempt/Distr/Cocaine

Proceeding: Arr     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: Ptd     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: SPANISH

Disposition:
*Δ Arraigned.* Not guilty plea entered as to Count 7 - Deft stands mute as to Counts 1 & 5.

Ore tenus mtn to Dismiss Counts 1 & 5 by Dfse - opposed by Govt.

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:09:32     Time in Court: 2 mins.