UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-20026-CR-MOORE/TORRES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JEISON ARCHIBOLD,

    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 98364-004

Language: SPANISH

The above-named Defendant appeared before **U.S. Magistrate Judge EDWIN G. TORRES**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address:_____

_____

Tel. No:_____

Defense Counsel:    Name: GENNARO CARRIGLIO

Address:_____

_____

Tel. No:_____

Bond Set/Continued: PRETRIAL DETENTION

Dated this  23RD  day of  AUGUST , 2012.

STEVEN M. LARIMORE, CLERK

BY   LAKESHIA WILLIAMS
    Deputy Clerk