UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                 Case No.:   11-20026-Cr-Moore

JEISON ARCHIBOLD,
    Defendant.
_____/

### *DEFENDANT'S MOTION FOR INVESTIGATIVE COSTS*

COMES NOW, the defendant, by and through undersigned counsel, and moves this Honorable Court to enter an order awarding a cap of $2,400.00 at a rate of $60.00 per hour in investigative costs in this matter. As grounds in support thereof the defense would state the following:

1. Defense counsel is court appointed under the Criminal Justice Act.

2. The discovery in this case in voluminous and contains a 150 GB external hard drive in addition to approximately 2000 pages of written discovery. The discovery contains numerous surveillance recordings and wiretaps and transcripts that need to be reviewed with Mr.Archibold at FDC Miami.

3. In addition to utilizing the assistance of the investigator in reviewing the discovery with Mr. Archibold, counsel needs the assistance of the investigator to locate documents, locate and investigate witnesses, and assist counsel in preparing for the pretrial litigation and potentially the trial in this matter.

4. The defense is requesting initial authorization for the approved CJA rate of $60.00 per hour in investigative fees for a total cap not to exceed $2,400.00. Due to the fact that the investigation in this case will exceed the cap requested and the defense costs may exceed $30,000.00, pursuant to the Criminal Justice Act the Court may consider ordering a budget be submitted in this case.

WHEREFORE the defendant respectfully requests this Honorable Court grant his motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on August 27, 2012.

Respectfully submitted by:

s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.

Attorney for the Defendant
10800 Biscayne Blvd. Suite 900
Miami, FL 3361
(305) 899-0438
Florida Bar No.: 51985
Sobeachlaw@aol.com