UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                             Case No.:    11-20026-Cr-Moore

JEISON ARCHIBOLD,
        Defendant.
_____/

## *ORDER GRANTING DEFENDANT'S MOTION FOR INVESTIGATIVE COSTS*

      THIS CAUSE having come to be heard on the Defendant's Motion for Investigative Costs, it is

      CONSIDERED, ORDERED AND ADJUDGED that the Motion be and the same is hereby granted as follows:

      Investigative costs in this matter shall be billed at the approved CJA rate of $60.00 per hour.  The total amount of investigative costs in this matter shall not exceed $2400.00.

      DONE AND ORDERED at _____, Florida, this the ___ day of _____, 2012.

                                                                             _____
                                                                        U.S. DISTRICT JUDGE