UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20026-CR-MOORE/SIMONTON

UNITED STATES OF AMERICA

v.

FRANKLIN WILLIAM McFIELD-BENT,
   a/k/a "Buda," et. al.,

      Defendants.
_____/

UNOPPOSED MOTION TO HOLD TRIAL IN ABEYANCE ON SEPTEMBER 26, 2012

      The United States of America, by and through the undersigned Assistant United States Attorney, hereby files with the Court an unopposed motion to hold trial in abeyance on September 26, 2012. The Court set trial in this matter for the two-week trial period commencing on September 24, 2012. The Jewish holiday of Yom Kippur is on September 26, 2012, and the Assistant United States Attorney who has been the sole prosecutor on this case for the past two years, seeks to fulfill his religious obligations by observing this holiday.

      Consistent with the Local Rules, the undersigned has consulted with counsel for the defendants set for trial and both have advised that they do not object to the relief sought herein.

      WHEREFORE, the Government respectfully requests that the trial in the above-styled

matter be held in abeyance for the day of Wednesday, September 26, 2012.

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By:   /s/ Adam S. Fels
       ADAM S. FELS
       Assistant United States Attorney
       99 N.E. 4th Street, Ste. 700
       Miami, FL 33132
       (305) 961-9325
       (305) 536-7213 (fax)
       Adam.Fels@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using CM/ECF with the Court this 31st day of August, 2012.

                /s/ Adam S. Fels
                Assistant United States Attorney