UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20026-CR-MOORE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| Plaintiff, | : |
| **v.** | : |
| **JEISON ARCHIBOLD,** | : |
| Defendant. | : |

## DETENTION ORDER

On August 16, 2012, a hearing was held, pursuant to Title 18, United States Code, Section 3142(f), to determine whether the defendant, **JEISON ARCHIBOLD**, should be detained prior to trial. Having considered the factors enumerated in Title 18, United States Code, Section 3142(g), the arguments of counsel, and the pre-trial services report, this Court finds that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, and/or the safety of any other person and the community if this defendant is released on bond. Therefore, it is hereby ordered that the defendant **JEISON ARCHIBOLD** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of Title 18, United States Code, Section 3142(i)(1), this Court hereby makes the following findings of fact and statement of reasons for the detention.

1. The defendant is charged by Indictment in the Southern District of Florida,

with conspiracy to distribute and attempt to distribute cocaine, in violation of Title 21, United States Code, Sections 959(a)(2) and 963; and Title 18, United States Code, Section 2. Therefore, the defendant is charged with a drug trafficking offense for which a maximum sentence of more than ten (10) years is prescribed, resulting in a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant at all future court proceedings. Title 18, United States Code, Section 3142(e) and (f).

2. The weight of the evidence against the Defendant is substantial. The government proffered that the Defendant's voice and likeness were on multiple video and audio recordings captured over the course of several months, and that Colombian authorities ultimately seized over 400 kilograms of cocaine that the Defendant and others were attempting to ship from Colombia. The Defendant was extradited from Colombia, where he was currently serving a prison sentence since June 2009, for the purpose of this trial, and was paroled into the United States for the sole purpose of resolving the criminal charges in this case, and otherwise has no legal status in the United States.

3. Because of the nature and seriousness of the offense, the undersigned believes that the defendant would not appear if released on bond. The Court specifically finds, by a preponderance of the evidence, that there are no conditions or combination of conditions which will reasonably assure the defendant's appearance as required. Title 18, United States Code, Section 3142(e).

4. Based on the seriousness of the alleged offense, the defendant constitutes a danger to persons and the community. The Court specifically finds by clear and convincing evidence, that there are no conditions or combination of conditions which will reasonably assure the safety of other persons and the community. Title 18, United States Code, Section 3142(e)

The Court hereby directs:

(a) Defendant be detained without bond;

(b) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(c) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(d) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this 31st day of August, 2012.

_____
PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States Attorney's Office
Gennaro Cariglio, Jr., Esq.
United States Pretrial Services