UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20026-CR-MOORE

UNITED STATES OF AMERICA

vs.

FAUSTO AGUERO ALVERADO

and JEISON ARCHIBOLD,

    Defendants.

_____/

GOVERNMENT'S NOTICE OF EXPERT TESTIMONY

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice pursuant to Fed.R.Crim.P. 16(a)(1)(E) of the Government's intent to use expert testimony in its case-in-chief at trial.  The Government has not received any request from the defense for notice of expert testimony, and thus the Defendants are not obligated to provide notice of any expert testimony they might seek to introduce.  The undersigned states as follows:

**Name of Witness**: Martha Lucia Villar Cristancho, Colombian National Police.

**Training/Qualifications:** A summary of Training and Qualifications, as well as a report, was previously provided to defense counsel weeks ago.

**Summary of Testimony/Opinion and Basis:**

    Ms. Villar Cristancho is expected to testify that she is an investigator working with the Colombian National Police and was summoned to a farm area on the beach in the area of Santa

Veronica, Colombia on March 17, 2010.  She would have testified that she observed several packets of what appeared to be 438 bricks of cocaine powder in hiding places buried in the earth by the farm and that she conducted a presumptive test to determine whether the substance was in fact cocaine.  The bricks did in fact test positive for the presence of cocaine.  In addition to the bricks of cocaine, Ms. Villar Cristancho also observed several tanks of gasoline as well as a boat on the beachfront property and a man guarding the farm named Miguel Antonio Sanchez Torres.  In total, 442 net kilograms of a mixture or substance presumptively testing positive for the presence of cocaine was recovered from the farm area.

**Name of Witness**: Julian Mancera Barros, Forensic Toxicologist

**Training/Qualifications:** A summary of Training and Qualifications, as well as a report, was previously provided to defense counsel weeks ago.

**Summary of Testimony/Opinion and Basis:**

Mr. Barros is expected to testify that he is a forensic toxicologist and that he was asked to test a representative sample of the 442 net kilograms seized.  He would have testified that on April 21, 2010, he tested five random samples taken from the seizure, and all five samples tested positive.  He would have testified that the result of this test meant that the 442 kilograms was in fact a mixture and substance containing a detectable amount of cocaine.  Greater details of his analysis and methods are contained in Mr. Barros' report, which was turned over to defense counsel weeks ago.

**Name of Witness**: Tony Sanes, Group Supervisor, Drug Enforcement Administration

**Training/Qualifications:** A summary of Training and Qualifications will be provided to defense counsel when received by the undersigned.

**Summary of Testimony/Opinion and Basis:**

Special Agent Sanes, who is now assigned to the Miami Field Division, but has previously been assigned to the DEA's office in Teguicalpa, Honduras, has extensive experience and knowledge from his investigation and debriefings of hundreds of narcotraffickers in South and Central America.  He is expected to testify about the routes used by drug traffickers to move cocaine from Colombia to Central America, and ultimately, into the United States.  He is also expected to testify about the fact that there is no local market for multi-hundred kilogram loads of cocaine in Honduras, Nicaragua or Mexico.  He is further expected to testify that narcotraffickers negotiate the prices of cocaine in United States dollars when the cocaine is ultimately destined for the United States.  He is further expected to testify that money that narcotraffickers will ultimately be paid for a successful shipment of cocaine will be sent back to South and Central America after the sale of the cocaine in the United States.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:    /s/ Adam S. Fels
        ADAM S. FELS
        Assistant United States Attorney
        Court Identification No. A5501040
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        (305) 961-9325
        (305) 536-7213 (fax)
        Adam.Fels@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system this 7th day of September 2012.

                                                  s/ Adam S. Fels  
                                                  Adam S. Fels  
                                                  Assistant United States Attorney