UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                              Case No.:   11-20026-Cr-Moore

JEISON ARCHIBOLD,
    Defendant.
_____/

## *DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL*

COMES NOW, the defendant, by and through undersigned counsel, and respectfully requests a continuance of the trial date until early December, 2012 and an extension of the time for filing pretrial motions until early November, 2012.  As grounds in support thereof the defendant would state the following:

1. Mr. Archibold is set for the two week trial period beginning September 24, 2012, with a pretrial motion deadline of September 21, 2012.

2. Defense counsel is unavailable as he is beginning a trial on September 11, 2012 in United States District Court in Greenbelt, Maryland (*United States v. Keegan Leahy, et al.* 10-777-Cr-Titus) where the trial is estimated to last between 4-5 weeks and will be in session from Tuesday until Friday each week.  Counsel will be in Maryland and will be unavailable for the calendar call in this matter on September 20, 2012.

3.    The discovery is voluminous and Mr. Archibold wishes to review all of the discovery which consists of several months of Columbian wiretaps and video surveillance. Defense counsel has received approximately two thousand pages of paper discovery and a 150 GB hard drive and more discovery in forthcoming. All of the witnesses in this case are located in Columbia. While counsel is in trial in Maryland the investigator will be reviewing the discovery with Mr. Archibold so there are no delays in completing the defense investigation. Based upon a review of the discovery, the defense estimates it will take approximately two months to review the discovery with Mr. Archibold and be prepared to file pretrial motions in early November, 2012. Factoring in the potential need to investigate and locate overseas witnesses, the defense should be ready for an early December, 2012 trial date.

4.    AFPD Anthony Natale and Celeste Higgins, counsels for the co-defendant, Fausto Aguero Alverado, have no opposition to a defense continuance in this matter.

5.    AUSA Adam Fels has no opposition to a defense continuance in this matter.

6.    Counsel requests this matter not be scheduled from November 20-23, 2012 and from December 20, 2012-January 4, 2013 as he will be out of the district on vacation.

   WHEREFORE the defendant requests this motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 10th day of Spetember, 2012.

Respectfully submitted,

s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
10800 Biscayne Blvd.
Suite 900
Miami, FL 33161
(305) 899-0438
Florida Bar No.: 51985
Attorney for the Defendant
Sobeachlaw@aol.com