**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 11-20026-CR-MOORE/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEISON ARCHIBOLD,

    Defendant.

_____/

**ORDER GRANTING MOTION FOR INVESTIGATIVE COSTS**

This matter is before the Court on Defendant's Motion for Investigative Costs [D.E. 73] that was referred for disposition. The Court has reviewed the record and the motion. In accordance with the Criminal Justice Act, 18 U.S.C. § 3006A(e), the Court has determined that the investigative costs, of a maximum amount not to exceed $2,400 as permitted by statute, are necessary for the adequate representation of Defendant given Defendant's showing with specificity as to the reasons why the services are necessary. *See United States v. Davis*, 582 F.2d 947, 951 (5th Cir. 1978).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant's Motion [D.E. 73] is **GRANTED**.

2. Defendant is authorized an amount to not exceed $2,400.00 for investigative services at an hourly rate of $60.00.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of September, 2012.

        */s/ Edwin G. Torres*
        EDWIN G. TORRES
        United States Magistrate Judge