UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20026-CR-MOORE

UNITED STATES OF AMERICA

vs.

JEISON ARCHIBOLD,

    Defendant.
_____/

NOTICE OF FILING EXTRADITION DOCUMENTS

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its Notice of Filing Extradition Documents in the above-styled case.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:  /s/  Adam S. Fels
    ADAM S. FELS
    Assistant United States Attorney
    Court Identification No. A5501040
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9325, Fax: (305) 536-7213
    Email: adam.fels@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    s/ Adam S. Fels
    ADAM S. FELS
    ASSISTANT UNITED STATES ATTORNEY