[Handwritten: *1832*]

Republic of Colombia
[Coat of arms of the Republic of Colombia]
Ministry of Justice and Law
of the Deputy Minister

**Prosperity for All**
[Partially legible receipt stamp of Office the Ministry of Foreign Relations dated 3 JULY 2012, affixed twice]

When responding, cite this number
OFI12-0010436-DVC-3000

Bogota, D.C., Friday, June 29, 2012

MARIA ANGELA HOLGUIN CUELLAR
Minister of Foreign Affairs
Carrera 5 No. 9-03
Bogota

Subject: Extradition proceedings of Jeison Archbold

Dear Foreign Minister:

I am hereby respectfully informing you that the Federal Government, through Executive Resolution No. 092 of April 17, 2012, decision upheld by Executive Resolution No. 238 of June 26, 2012, granted the extradition of the aforementioned citizen under the following terms:

> "**ARTICLE ONE**: *Grant* the extradition of Colombian citizen **JEISON ARCHBOLD**, identified with National Identity Card No. 18.009.891, in order that he appear for trial before the United States authorities for the following charge:
>
> **Count Seven**: *Attempt to distribute a Schedule II controlled substance (more than five kilograms of cocaine), with the knowledge that said controlled substance would be imported illegally into the United States, and aiding and abetting in said crime.*
>
> The preceding count is mentioned in Indictment No. 11-20026-CR-MOORE, pronounced January 7, 2011 in the United States District Court for the Southern District of Florida.
>
> **ARTICLE TWO**: *Deny* the extradition of Colombian citizen **JEISON ARCHBOLD** for **Count One** (*Conspiracy to provide material support and resources, namely, grenade launchers, grenades, automatic rifles and other weapons to an international terrorist organization, the former United Self-Defense Forces of Colombia (AUC), with the knowledge that*

---

Carrera 9 No. 12 C-10, Switchboard 4443100 www.minjustica.gov.co
Complaints and Claims Line: 01 800 09 11170

Page 1 of 2

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.

said organization had participated and was found to be participating in terrorist activities) and **Five** (Conspiracy to distribute a Schedule II controlled substance (more than five kilograms of cocaine), with the knowledge that said controlled substance would be imported illegally into the United States, pronounced January 7, 2011 in the United States District Court for the Southern District of Florida, in accordance with the indications in the grounds section of this Resolution.

**ARTICLE THREE:** Not to defer the surrender of this citizen in accordance with what is stated in the grounds section of this ruling.

**ARTICLE FOUR:** Order the surrender of citizen **JEISON ARCHBOLD** to the requesting State, under the agreement that this State will comply with the conditions established in Paragraph two of Article 494 of Law 906 of 2004, that is, that the requested citizen will not be subjected to forced disappearance, torture, or cruel, inhumane, or degrading treatment or punishment, nor to exile, life imprisonment, or confiscation.

**ARTICLE FIVE:** Notify the requesting State that the extradited citizen may not be tried or convicted for a prior act different from the one that is the reason for this extradition, in accordance with the provisions of Paragraph one of Article 494 of Law 906 of 2004..."

In accordance with the foregoing, I am respectfully sending you a copy of said administrative proceedings in order that through you the requesting country may offer the guarantee referred to in Paragraph 2 of Article 494 of Law 906 of 2004.

Cordially,
/illegible signature/
FARID SAMIR BENAVIDES VANEGAS
Deputy Minister of Criminal Policy and Restorative Justice

Attachment: as stated
Prepared by: Extradition Section [3] (NIE – 12 – 1106)

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.

República de Colombia



Ministerio de Justicia y del Derecho

Despacho del Viceministro



Al responder cite este número
OFI12-0010436-DVC-3000

Bogotá, D.C. Viernes, 29 de Junio de 2012

Doctora
MARÍA ÁNGELA HOLGUÍN CUELLAR
Ministra de Relaciones Exteriores
Carrera 5 No. 9-03
Bogotá

Asunto: Trámite de extradición de Jeison Archbold

Señora Canciller:

De manera respetuosa le comunico que el Gobierno Nacional, mediante Resolución Ejecutiva No.092 del 17 de abril de 2012, decisión que fue confirmada con Resolución Ejecutiva No. 238 del 26 de junio de 2012, concedió la extradición del ciudadano de la referencia en los siguientes términos:

> "**ARTÍCULO PRIMERO: Conceder** la extradición del ciudadano colombiano **JEISON ARCHBOLD**, identificado con la Cédula de Ciudadanía N° 18.009.891, para que comparezca a juicio ante las autoridades de los Estados Unidos de América por el siguiente cargo:
>
> **Cargo Siete**: Intento de distribuir una sustancia controlada de la Lista II (más de cinco kilogramos de cocaína), con el conocimiento de que dicha sustancia controlada sería importada ilegalmente a los Estados Unidos, y ayuda y facilitación de dicho delito.
>
> El anterior cargo se encuentra mencionado en la acusación No. 11-20026-CR-MOORE, dictada el 7 de enero de 2011 en la Corte Distrital de los Estados Unidos para el Distrito Sur de Florida.
>
> **ARTÍCULO SEGUNDO: Negar** la extradición del ciudadano colombiano **JEISON ARCHBOLD** por los **Cargos Uno** (Concierto para suministrar apoyo material y recursos, a saber, lanzadores de granadas, granadas, rifles automáticos y otras armas, a una organización terrorista internacional, las antiguas Autodefensas

República de Colombia



Ministerio de Justicia y del Derecho

Despacho del Viceministro



*Unidas de Colombia (AUC), con el conocimiento de que dicha organización había participado, y se encontraba participando, en actividades terroristas)* **y Cinco** *(Concierto para distribuir una sustancia controlada de la Lista II (más de cinco kilogramos de cocaína), con el conocimiento de que dicha sustancia controlada sería importada ilegalmente a los Estados Unidos), mencionados en la acusación No. 11-20026-CR-MOORE, dictada el 7 de enero de 2011 en la Corte Distrital de los Estados Unidos para el Distrito Sur de Florida, de conformidad con lo señalado en la parte motiva de la presente Resolución.*

**ARTÍCULO TERCERO:** *No diferir la entrega de este ciudadano de conformidad con lo expuesto en la parte motiva de la presente resolución.*

**ARTÍCULO CUARTO:** *Ordenar la entrega del ciudadano* **JEISON ARCHBOLD** *al Estado requirente, bajo el compromiso de que éste cumpla las condiciones establecidas en el inciso segundo del artículo 494 de la Ley 906 de 2004, esto es, que el ciudadano requerido no será sometido a desaparición forzada, a torturas ni a tratos o penas crueles, inhumanos o degradantes, ni a las penas de destierro, prisión perpetua y confiscación.*

**ARTÍCULO QUINTO:** *Advertir al Estado requirente que el ciudadano extraditado no podrá ser juzgado ni condenado por un hecho anterior y distinto del que motiva la presente extradición, de conformidad con lo dispuesto en el inciso primero del artículo 494 de la Ley 906 de 2004...".*

De acuerdo con lo anterior, atentamente le remito copia de los mencionados actos administrativos con el objeto de que por su intermedio el país requirente ofrezca la garantía a que se refiere el inciso 2° del artículo 494 de la Ley 906 de 2004.

Cordialmente,

FARID SAMIR BENAVIDES VANEGAS
Viceministro de Política Criminal y Justicia Restaurativa

Anexo lo anunciado
Elaboró: Área de Extradiciones [3](NIE - 12-1106)