UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20026-CR-MOORE

UNITED STATES OF AMERICA

vs.

FAUSTO AGUERO ALVERADO,

      Defendant.
_____/

NOTICE OF APPEARANCE

The United States of America hereby files this notice of appearance to indicate that Assistant United States Attorney Jerrob Duffy has been assigned as co-counsel in the above-referenced action.

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

By:  *s/ Jerrob Duffy*
      Jerrob Duffy
      Court No. A5501106
      Assistant United States Attorney
      99 N.E. 4th Street, 4th Floor
      Miami, Florida 33132
      Tel: (305) 961-9273
      Fax: (305) 530-5321
      jerrob.duffy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2012, the undersigned electronically filed the foregoing document using CM/ECF.

      *s/ Jerrob Duffy*
      Assistant United States Attorney