UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-20026-CR-MOORE

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JEISON ARCHIBOLD,
    Defendant.

### *DEFENDANT'S MOTION TO DISMISS COUNTS 1 AND 5*

COMES NOW, the defendant, by and through undersigned counsel, and moves this Honorable Court to dismiss Counts 1 and 5 of the Indictment and as grounds in support thereof would state the following:

1. Mr. Archibold is charged in Counts 1, 5, and 7 of the Indictment.

2. Columbia allowed the extradition of Mr. Archibold to the United States for Count 7 only.

3. At the arraignment, Mr. Archibold made an *ore tenus* motion to dismiss Counts 1 and 5 of this Indictment and the United States responded that it was waiting for the official paperwork. Since that time, the United States has received the paperwork and has not yet filed the appropriate motion to dismiss.

WHEREFORE the defendant respectfully requests this Honorable Court grant his motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 11th day of November 2012.

Respectfully submitted:
The Law Office of Gennaro Cariglio Jr.
10800 Biscayne Blvd. Suite 900
Miami, Florida 33161
(305) 899-0438

By:

s/Gennaro Cariglio Jr.,
Gennaro Cariglio Jr.
Florida Bar Number 51985
Attorney for the Defendant