UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **11-20026-CR-MOORE**

**UNITED STATES OF AMERICA**

vs.

**JEISON ARCHIBOLD,**

    **Defendant.**
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proved the following facts beyond a reasonable doubt:

The investigation into JEISON ARCHIBOLD began in approximately 2009 after Colombian law enforcement officers and agents from the United States Bureau of Immigration and Customs Enforcement ("ICE) (now Homeland Security Investigations ("HSI")) learned of various individuals who were interested in selling weapons in Colombia. During the course of the investigation, Colombian law enforcement ultimately arranged for a series of meetings and telephone calls between ARCHIBOLD, several other individuals (including codefendants Fausto Aguero Alvarado, Franklin McField-Bent, Miguel Villela, and Edwin Rodriguez Leon), confidential sources and undercover law enforcement agents. During the course of the investigation, agents learned that ARCHIBOLD was a Colombian national who helped to locate suppliers of cocaine to ship cocaine loads from Colombia up to Honduras or Nicaragua, and that ARCHIBOLD knew that the cocaine he was helping to distribute was ultimately going to be unlawfully imported into the United States.

Ultimately, Colombian law enforcement agents began intercepting the cellular telephone lines of several targets of investigation, including JEISON ARCHIBOLD. Law enforcement agents learned that several of the targets of investigation were planning a multi-hundred kilogram shipment of cocaine from the north coast of Colombia to Honduras in March of 2010. The individuals who were primarily responsible for sending the load of cocaine, Edwin Rodriguez Leon and Ronny de Alba, were going to sell the cocaine in Honduras and obtain at least $400,000 United States dollars when they delivered the cocaine to Honduras.

JEISON ARCHIBOLD was aware of the plan to send the load of cocaine to Honduras. ARCHIBOLD also knew that the cocaine being shipped was ultimately going to be unlawfully imported into the United States. ARCHIBOLD had been asked by co-defendant McField-Bent to collect a debt owed by de Alba. Shortly before the cocaine was to be sent, ARCHIBOLD attempted to collect the debt from de Alba, who indicated that de Alba and Rodriguez Leon would get the money to pay the debt once they shipped a load of cocaine to McField-Bent in Honduras. De Alba indicated that this load would be shipped within the next couple of days. De Alba and Rodriguez Leon asked Archibold, who had a closer connection with McField-Bent, to speak with McField-Bent and assure McField-Bent that the cocaine load would be sent as planned. On the day that the load was to be sent – March 17, 2010 – Colombian law enforcement agents launched an operation to prevent the conspirators from shipping the cocaine. They ultimately found 442 kilograms of cocaine, hidden in underground holes, along with several canisters of gasoline and a boat, on a beachfront property near Santa Veronica, Colombia. De Alba reported the seizure to ARCHIBOLD, who promptly called McField-Bent and left a message to have McField-Bent speak directly to De Alba to confirm. In summary, ARCHIBOLD aided and abetted the attempted distribution of the cocaine

by learning about the imminent shipment and providing assurances to McField-Bent in Honduras that the cocaine would be sent to him.

This factual proffer does not contain all evidence that the United States would have proven at trial, but is sufficient to prove each and every element of the offense to which ~~McField-Bent~~ Archibold is pleading guilty.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 11/27/12    By: _____
ADAM FELS
ASSISTANT UNITED STATES ATTORNEY

Date: 11/27/12    By: _____
GENNARO CARIGLIO, JR., ESQ.
ATTORNEY FOR DEFENDANT

I certify that the above factual proffer was translated to me into Spanish and that the facts contained therein are true and correct to the best of my knowledge.

Date: 11/27/12    By: Nelson Archbolo
JEISON ARCHIBOLD
DEFENDANT