UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-20026-MOORE

UNITED STATES OF AMERICA,

vs.

JEISON ARCHIBOLD,

    Defendant(s).
_____/

**CHANGE OF PLEA MINUTES**
**November 27, 2012**
**Time: 15 Minutes**

    On this date, the above-named Defendant appeared in person before the Honorable K. Michael Moore, United States District Judge, with Gennero Cariglio, counsel appointed by the Court, with the aid of a Spanish Interpreter, and said Defendant stated in Open Court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) 7 of the Indictment. Assistant U. S. Attorney Adam Fels appeared on behalf of the Government.

    After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

Whereupon:

( )    The Court proceeded to pronounce sentence.

( )    The Court postponed sentencing until **March 14, 2013 at 2:00 PM**

( )    and the defendant allowed to remain on present bond until then;

( )    and the Defendant was remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

(X)    the Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

    The U.S. Attorney announced all other counts remaining would be dismissed on the government's motion at sentencing.

Reporter:    Larry Herr

Court Clerk:    Robin Godwin