UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
          Plaintiff,

vs.                                                     Case No.:    11-20026-Cr-Moore

JEISON ARCHIBOLD,
          Defendant.
_____/

### *DEFENDANT'S OBJECTIONS TO THE*
### *PRESENTENCE INVESTIGATION REPORT*

COMES NOW, the defendant, by and through undersigned counsel, and files the following objections to the Presentence Investigation Report ("PSR") in this case:

1. Mr. Archibold objects to paragraph 13 of the PSR. Jeison Archibold never informed anyone that he was in charge of McField-Bent's vessels. Mr. Archibold was not in charge of McField-Bent's vessels.

2. Mr. Archibold objects to paragraph 18 of the PSR. First, the paragraph is misleading because it references two distinct events in the paragraph. The conversation between McField-Bent and Archibold on March 15, 2010 has nothing to do with the March 17, 2010 seizure of 442 kilograms of cocaine that constituted Count 7, the count Archibold pled guilty to and as such, is not relevant conduct. Second, paragraph 18 misstates Archibold's role in the March 17, 2010 offense. Mr Archibold's role in the offense is detailed in the factual proffer stipulated to by the parties and attached to these

objections as Exhibit A. Exhibit A, DE-333. Mr. Archibold requests the Court adopt the factual stipulation of the parties as the offense conduct in this case. Although Mr. Archibold had knowledge of the plan to send the load to Honduras, Mr. Archibold became aware of the plan merely because he was asked to collect a debt that Ronny De Alba owed Franklin McField-Bent. It was at that time that De Alba informed Archibold that he could pay McField -Bent the debt once De Alba shipped the load of cocaine to McField-Bent in Honduras. Mr. Archibold did not direct any vessels for McField-Bent, negotiate prices with the suppliers and was not involved in any of the planning or logistics for the load of cocaine. As such, Mr. Archibold objects to paragraph 18 of the PSR.

3.   Mr. Archibold objects to paragraph 25 of the PSR for the failure to recommend a two level reduction for minor role and to the factual assertion that he was in charge of McField-Bent's vessels and that he and his associates were about to transport a shipment of drugs to a northen destination.

Mr. Archibold was a minor participant in the offense pursuant to U.S.S.G. §3B1.2(b) as he was substantially less culpable than the average participant. Two of the average participants in the offense, Edwin Rodriguez Leon and Ronny De Alba were substantially more culpable than Mr. Archibold. Mr. Rodriguez Leon, Mr. De Alba, Mr. McField-Bent and other co-conspirators were involved in all aspects of the March 17, 2010 deal, including but not limited to the negotiations and the logistics of the offense. Mr. Archibold was merely trying to collect a monetary debt owed by De Alba to McField-Bent and did nothing more than place phone calls to De Alba and McField-Bent.

4. Mr. Archibold objects to the guideline calculations contained in paragraphs 30, 33, 35 and 39 of the PSR. Mr. Archibold base offense level should be 32 since he qualified for a minor role and his total offense level should be 27 with a criminal history category of I and a guideline range of 70-87 months. The government agrees that Mr. Archibold qualifies for a minor role.

5. Mr. Archibold would also request pursuant to 18 U.S.C. §3585(b) the Court give him credit for the time served since his arrest in Columbia on October 8, 2010 until his arrest on the instant charges on August 19, 2012. The PSR should be amended to reflect that the arrest in Columbia was based on the same acts that form the basis of this Indictment. The government agrees that Mr. Archibold should be given credit for his time in Columbian custody.

WHEREFORE Mr. Archibold requests his objections be sustained.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 21st day of February, 2013.

Respectfully submitted,

s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
10800 Biscayne Blvd.
Suite 900
Miami, FL 33161
(305) 899-0438
Florida Bar No.: 51985
Attorney for the Defendant