IN THE UNITED STATES DI TRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,
           Plaintiff

vs.

                                         Case No: 11-20026-CR-MOORE

JEISON ARCHIBOLD,
           Defendant.

### *DEFENDANT'S NOTICE OF FILING*

COMES NOW, the defendant, by and through undersigned counsel, and files a letter and medical history of Mr. Archibold's mother, Mery Archbold Pombo, for consideration by the Court at his sentencing.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 14th day of March, 2013.

                                                                 Respectfully submitted by:

                                                                  s/Gennaro Cariglio Jr.
                                                                  Gennaro Cariglio Jr.
                                                                  Attorney for the Defendant
                                                                  10800 Biscayne Blvd. Suite 900
                                                                  Miami, FL 3361
                                                                  (305) 899-0438
                                                                  Florida Bar No.: 51985