UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-20026-MOORE

UNITED STATES OF AMERICA,

vs.

JEISON ARCHIBOLD,

    Defendant(s).
_____/

**SENTENCING MINUTES**
**DATE: March 14, 2013**
**TIME: 30 Minues**

| | |
|---|---|
| Clerk: | Robin Godwin |
| Reporter: | Carleen Horenkamp |
| AUSA: | Adam Fels |
| Deft. Counsel: | Gennaro Cariglio, Jr. |
| Interpreter: | Spanish |

**JUDGMENT AND SENTENCE**

| | |
|---|---|
| Imprisonment: | 135 Months as to Count 7 |
| | Counts 1and 5 dismissed upon Government's motion as to this defendant |
| Supervised Release: | 3 Years as to Count 7; special conditions as set forth in Part G of the Pre-Sentence Investigation Report. |
| Assessment | $100.00 |

**Remanded to USM**