**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.11-CR-20026-KMM-2

UNITED STATES OF AMERICA
Plaintiff,

vs.

JEISON ARCHIBOLD
_____/

**NOTICE OF APPEARANCE**

COMES NOW the Law Offices of LOUIS CASUSO, and enters its appearance in the above styled cause. Undersigned counsel requests that the Clerk of the Court promptly send him all pleadings filed to date and to notify him of all hearings set by the court.

                                             Respectfully Submitted,

                                             s/LOUIS CASUSO_____
                                             LOUIS CASUSO, Esq.
                                             FL. Bar Number 0179470
                                             Law Offices of Louis Casuso
                                             111 NE 1st Street, Suite 603
                                             Miami, FL 33132
                                             (305) 374-1500
                                             (305) 374-0127 fax
                                             Email: lclouielaw@aol.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 12th day of July, 2013.

                                        BY:S/LOUIS CASUSO_____
                                        LOUIS CASUSO, Esq.